**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DENNIS MAURER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>English Creek LLC, a New York Limited Liability Company,<br><br>Defendant. | Civil No. 26-1199-RMB-SAK<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the summons returned executed by Plaintiff Dennis Maurer upon Defendant English Creek LLC. [Docket No. 5.] Plaintiff is no stranger to this Court, having filed numerous matters prior to filing the present action, many of which have been resolved through settlement. In an effort to conserve stretched judicial resources, the Court finds it appropriate to administratively terminate this action to allow the parties an opportunity to resolve the matter without further expenditure of judicial resources. Accordingly,

**IT IS**, on this **23rd** day of **March 2026**, hereby:

1. **ORDERED** that this action is hereby **ADMINISTRATIVELY TERMINATED**; and it is further

2. **ORDERED** that this shall not constitute an order of dismissal under the Federal Rules of Civil Procedure; and it is further

3. **ORDERED** that the parties shall file a status report as to the case within 60 days of the date of this Order. The Court will determine at that time whether to reopen the case or require the parties to continue to attempt to resolve their dispute; and it is finally

4.    **ORDERED** that absent receipt from the parties of a status report within the 60-day period, the Court may dismiss this action, without further notice, with prejudice and without costs.

                                 **/s/ Renée Marie Bumb**
                                 Renée Marie Bumb
                                 Chief United States District Judge